UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| CHARLES BAILEY SEABROOK  AND | ) | |
| JOY BODIFORD SEABROOK | ) | CASE NO.  05-10623-WHD |
| DEBTORS | ) | |
| | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $485.22 on behalf of CAPITAL ONE, who filed claim # 17. These funds are being remitted to the Registry because the Creditor has not claimed the funds..

## CERTIFICATE OF SERVICE

This is to certify that I have this 14TH day of JANUARY, 2010 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

ANDRE KEITH SANDERS, ATTY
543 E LANIER AVE
FAYETTEVILLE, GA  30214

/s/
_____
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444